UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN,

        Plaintiffs,

  -against-

EMCLAIRE FINANCIAL CORP. et al.,

        Defendants.

22-cv-4109 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On June 30, 2022, counsel for plaintiff failed to appear at a telephonic initial pretrial conference in this case, notice for which had been docketed on June 7, 2022, see ECF No. 3. Attempts to reach plaintiff's counsel proved unavailing. Accordingly, plaintiff's counsel is ordered to submit an affidavit by no later than July 5, 2022, setting out its justification, if any, for failing to appear at the conference.

SO ORDERED.

Dated:   New York, NY

        June 30, 2022

                              JED S. RAKOFF, U.S.D.J.